# United States Court of Appeals
## For the First Circuit

No. 19-1644

UNITED STATES OF AMERICA,

Appellant,

v.

SHARON P. CARTER,

Defendant, Appellee.

No. 19-1645

UNITED STATES OF AMERICA,

Appellant,

v.

GREGORY CONIGLIARO,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on September 27, 2021, is amended as follows:

On page 11, line 19, remove "the four".

On page 13, line 13, change "co-defendants" to "co-defendant".

On page 14, lines 6-7, change the sentence that reads "The jury acquitted all the defendants of the § 371 counts at issue other than Carter and Conigliaro, who were each found guilty." to "The jury found Carter and Conigliaro guilty of the § 371 count each faced."